# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SHAWN JACKSON

VERSUS

ROBERT "BOBBY" DUPRE

NO.   2021 CW 0506

**AUGUST 16, 2021**

---

In Re:   Robert "Bobby" Dupre, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 698265.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT